# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Robert S. Ballard,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:17-cv-00085-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Erik A. Hooks,** | ) | |
| | ) | |
| Respondent, | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 1, 2017 Order.

June 1, 2017

*/s/ Frank G. Johns*

Frank G. Johns, Clerk
United States District Court